SCEC-20-0000507

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

BRIAN EVANS, Plaintiff,

vs.

KAIALI'I (KAI) KAHELE, Defendant.

---

ORIGINAL PROCEEDING

ORDER DENYING EMERGENCY MOTION FOR RECONSIDERATION
OF THE ORDER DENYING MOTION TO INSTRUCT HAWAI'I ELECTIONS
COMMISSION TO STAY PRINTING OF GENERAL ELECTION BALLOTS
OR MAILING THEREOF PENDING THE OUTCOME OF THIS CASE
(By: Recktenwald, C.J., Nakayama, McKenna, and Wilson, JJ.,
and Circuit Judge Ashford, assigned by reason of vacancy)

Upon consideration of the emergency motion for reconsideration of the order denying motion to instruct the Hawai'i Elections Commission to stay printing of the general election ballots or mailing thereof pending the outcome of this case filed by Plaintiff Brian Evans, the papers in support, and the records and files herein,

IT IS HEREBY ORDERED that the motion for reconsideration is denied.

DATED:  Honolulu, Hawai'i, October 2, 2020.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Michael D. Wilson

/s/ James H. Ashford

